UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 06-390-JBC

DEBRA L. WREN,                                                                                           PLAINTIFF,

V.                                             **JUDGMENT**

RODNEY RICHARDSON and
CITY OF RICHMOND, KENTUCKY,                                                         DEFENDANTS.

* * * * * * * * * *

The court, having granted the defendants' motion for summary judgment, enters **JUDGMENT** in favor of the City of Richmond, Kentucky and Rodney Richardson, in his official and individual capacities.

There being no just cause for delay in its entry, this order is **FINAL** and **APPEALABLE**.

This matter is **STRICKEN** from the court's active docket.

Signed on  May 22, 2008

JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCY